## Commonwealth *v.* Payne, Appellant.

Argued March 28, 1973. *Jonathan Miller,* Assistant Defender, with him *Anne F. Johnson,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *James T. Ranney,* Assistant District Attorney, with him *Milton M. Stein,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.